

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00186-CR

_____

JUAN JAVIER CARO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 19th District Court
McLennan County, Texas
Trial Court No. 2015-2374-C1

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Appellant Juan Javier Caro has filed a motion to dismiss this appeal.[1]  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     October 16, 2017
Date Decided:        October 17, 2017

Do Not Publish

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.